IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION

United States of America

    v.                                    2:10-cr-238

Matthew Howard Saffell

                               ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. No. 43) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the indictment, and he is hereby adjudged guilty on that count.  The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.


Date: May 24, 2011                       s\James L. Graham
                                     James L. Graham
                                     United States District Judge